```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                           CAMDEN VICINAGE
```

| | |
|---|---|
| ALBERT RONALD THOMPSON,<br><br>      Plaintiff,<br><br> v.<br><br>BRIDGETON BOARD OF EDUCATION,<br>et al.,<br><br>      Defendants. | Civil No. 12-6864 (NLH/JS) |

## SCHEDULING ORDER

  This Scheduling Order confirms the directives given to counsel at the scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on January 2, 2013; and the Court noting the following appearances: Graham Baird, Esquire, appearing on behalf of the plaintiff; and Bruce Shapiro, Esquire, appearing on behalf of the defendants.

  IT IS this **2nd** day of **January, 2013,** hereby **ORDERED:**

  1. The parties shall serve FED. R. CIV. P. 26(a) disclosures on or before **January 15, 2013.**

  2. By **January 31, 2013,** the parties shall forward a joint letter to the Court stating that they have conferred pursuant to L. CIV. R. 26.1(b)(2) and 26.1(d) concerning discovery of digital information and advise whether the parties have agreed on computer-based and other digital discovery matters. All disputes shall be identified in the joint letter. No issue will be addressed unless the letter is accompanied by an Affidavit that complies with L. CIV. R. 37.1(b)(1). All outstanding discovery issues not raised shall be deemed waived.

  3. Initial written discovery requests shall be served by **February 1, 2013.** Any responses, answers and objections to initial written discovery requests shall be served in accordance with Court Rules.

  4. By **February 28, 2013,** the parties shall serve the Court with an agreed upon Discovery Confidentiality Order that complies with L. CIV. R. 5.3 or a copy of the latest version of the Order with a list of the issues in dispute. All forms of Order must be accompanied by an affidavit or attorney certification that complies with Rule 5.3(b)(2).

     5.    The time within which to seek amendments to the pleadings or to add new parties will expire on **May 1, 2013**.  Except as otherwise permitted in the Federal and Local Rules of Civil Procedure, leave of court is necessary to file an amended pleading.

     6.    Pretrial factual discovery is hereby extended to **June 3, 2013**.

     7.    The parties have advised the Court that they do not presently intend to name trial experts.

     8.    **<u>Dispositive Motions</u>**.  Dispositive motions shall be filed with the Clerk of the Court no later than **June 28, 2013**, in accordance with the applicable Federal and Local Rules of Civil Procedure.

     9.    It will be necessary for counsel to cooperate in preparing the form Joint Final Pretrial Order.  The instructions for preparing the Order can be found on the website at http://www.njd.uscourts.gov/otherGuides.html (Pretrial Orders).  The Joint Final Pretrial Order signed by all counsel shall be delivered to the Court **three (3) days before** the in-person Final Pretrial Conference to be held on <u>**August 6, 2013 at 3:00 p.m.**</u>  The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel no later than **July 5, 2013**.  Defendants' portion of the proposed order shall be prepared and returned to counsel for plaintiff no later than **July 19, 2013**.

          <u>**LEAD TRIAL COUNSEL FOR ALL PARTIES SHALL APPEAR AT THE FINAL PRETRIAL CONFERENCE AND SHALL BE PREPARED TO DISCUSS SETTLEMENT OF THE CASE.**</u>

     10.   If a dispositive motion is filed by the Court Ordered deadline, the Final Pretrial Conference shall be deemed postponed, and will be rescheduled, if necessary, after the motion is decided.

     11.   The Court will conduct a telephone status conference on <u>**May 17, 2013 at 10:00 a.m.**</u>.  **Counsel for plaintiff shall initiate the telephone call.**

     12.   Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under F<small>ED</small>. R. C<small>IV</small>. P. 16(b), and whether adversary counsel agree with the application.  The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge
