

| | Counsel | Associates |
|---|---|---|
| JOEL N. WERBEL> | LORI BROWN STERNBACK*+ | CHRISTIAN R. BAILLIE+ |
| JOHN METHFESSEL, JR.> | MARC DEMBLING*+ | JACQUELINE C. CUOZZO+ |
| EDWARD L. THORNTON*> | PAUL J. ENDLER JR.> | EDWARD D DEMBLING> |
| FREDRIC PAUL GALLIN*+^ | GERALD KAPLAN+ | MICHAEL R. EATROFF> |
| MARK M. BRIDGE^ | JARED P. KINGSLEY*+ | JAMES FOXEN^ |
| STEPHEN R. KATZMAN# | JOHN R. KNODEL*+ | JENNIFER M. HERRMANN^= |
| WILLIAM S.BLOOM>* | CHARLES T. MCCOOK, JR. *> | MAURICE JEFFERSON> |
| ERIC L. HARRISON*+ | MARTIN R. MCGOWAN, JR.> | JASON JUDOVIN+ |
| MATTHEW A. WERBEL> | | MARISSA KEDDIS+ |
| | | FRANK J. KEENAN+^ |
| Of Counsel | | LESLIE A. KOCH+ |
| JOHN METHFESSEL, SR.> | | ALLISON M. KOENKE> |
| DONALD L. CROWLEY*+ | | VIVIAN LEKKAS+ |
| | | DANIELLE M. LOZITO+ |
| | | CAITLIN LUNDQUIST> |
| | | RICHARD A. NELKE~ |
| | | RAINA M. PITTS^ |
| | | MICHAEL POREDA+ |
| | | CAROLINE PYRZ^ |
| | | MATTHEW L. RACHMIEL> |
| | | WILLIAM J. RADA+ |
| | | AMANDA J. SAWYER^ |
| | | BORIS SHAPIRO> |
| | | GINA M. STANZIALE> |
| | | KYLE E. VELLUTATO^ |
| | | ADAM S. WEISS< |

\* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
\>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
~Member of NY, NJ & DC Bar
=Member of FL Bar

**Please reply to New Jersey**

January 17, 2013

**VIA E-FILING AND REGULAR MAIL**
Honorable Joel Schneider, U.S.M.J.
United States District Court, District of New Jersey Camden
Mitchell H. Cohen Building & U.S. Courthouse
1 John F. Gerry Plaza
Fourth & Cooper Streets, Courtroom 2060
Camden, NJ 08101

RE:   **THOMPSON, ALBERT VS. BRIDGETON BOARD OF ED, ET AL.**
   Our File No.        : 75235 ELH
   Docket No.          : 1:12-CV-06864-NLH-JS

Dear Judge Schneider:

My associate has conferred with plaintiff's counsel regarding the contents of this letter and we submit it jointly.

In compliance with Your Honor's Order of January 2, 2013, we write to advise that we have discussed the discovery of digital information. We have agreed on all computer-based and digital discovery. We believe that discovery in this matter will be straightforward, and we do not anticipate any issues or disputes over digital discovery.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

ELH:sam/jml

Methfessel & Werbel, Esqs.
Our File No. 75235 ELH
Page 2

cc: **VIA E-FILING**
     Matthew B. Weisberg, Esq.
     Weisberg Law, P.C.
     7 South Morton Avenue
     Morton, PA 19070